# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV131

| | |
|---|---|
| ROBERT FOSTER,         ) | |
|     Plaintiff,         ) | |
| ) | |
| vs.         ) | **ORDER** |
| ) | |
| MECKLENBURG COUNTY, et al.,         ) | |
|     Defendant.         ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Plaintiff's Motion to Further Amend Complaint and Supporting Memorandum" ("Motion to Amend") (Document No. 47), filed August 26, 2005 by Robert Foster; and the "Defendants' Opposition to Plaintiff's Motion ..." (Document No. 48), filed August 30, 2005 by Mecklenburg County, Jim Pendergraph, Sean Spencer Stewman, Kirt Tolman, and Grant Prince. A hearing on the Motion to Amend shall be held in front of the undersigned on **Tuesday, October 11, 2005**. The parties will be contacted by the Court with respect to the time of such hearing.

    **IT IS SO ORDERED**.

**Signed: September 8, 2005**

David C. Keesler
United States Magistrate Judge